IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JESSICA WATKINS WINDHAM, Individually
and on behalf of her minor child CHRISTIAN
D. WINDHAM, BRYANT WINDHAM and
MIKE WATKINS                                                                    PLAINTIFFS

VS.                                                           CAUSE NO. 3:07cv197 DPJ-JCS

KAON SMITH, TYRA SMITH,
UNKNOWN JOHN DOES 1-9,
and UNKNOWN CORPORATIONS 1-9                                     DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, THIS CAUSE came on for hearing on the joint motion of the parties to dismiss this action with prejudice, and the Court, having been advised in the premises and noting the agreement of counsel, finds that said Motion is well taken and should be and is hereby granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the claims made by Plaintiff, Jessica Watkins Windham, against Defendants, Kaon Smith and Tyra Smith are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, THIS the 10 day of Dec, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/s/ Thomas Waller
THOMAS WALLER
*Attorney for Plaintiffs*

/s/ Troy Thomas Schwant
TROY THOMAS SCHWANT
*Attorney for Defendants*